United States District Court
Southern District of Texas
**ENTERED**
July 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SAN JUANITA BALDAZO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-518 |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Upon consideration of Defendant's Motion to Dismiss (Dkt. No. 18), which is deemed unopposed due to Plaintiff's failure to respond to the Motion within the time period prescribed by Local Rules 7.3 and 7.4, the Court hereby **ORDERS** that the Motion is **GRANTED** and all of Plaintiff's claims against Defendant in this action are **DISMISSED** with prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b). Costs shall be paid by the party incurring them.

SO ORDERED this 5th day of July, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge